UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN CARL BROWNING,

        Plaintiff,

v.                                            CASE NO.  8:12-CV-329-T-17TBM

HERNANDO COUNTY JAIL,
et al.,

        Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 4    Report and Recommendation

A Report and Recommendation has been entered by the assigned Magistrate Judge, in which it is recommended that the Court dismiss the Complaint, and deny Plaintiff's construed motion to proceed IFP (Dkt. 2) without prejudice, and with leave to file an Amended Complaint which is consistent with the pleading requirements of the Federal Rules of Civil Procedure within twenty days of the Court's Order, and which notifies Plaintiff that failure to file an Amended Complaint may result in the dismissal of this case without further notice.

The Court has independently reviewed the pleadings.  No objection to the Report and Recommendation has been filed.  After consideration, the Court adopts and incorporates the Report and Recommendation.  Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and **incorporated**. The Court **dismisses** Plaintiff's Complaint without prejudice, and with leave to file an

Case No. 8:12-CV-329-T-17TBM

Amended Complaint which complies with the Federal Rules of Civil Procedure within twenty days of the date of this Order.  The Court **denies** Plaintiff's Motion to Proceed IFP (Dkt. 2) without prejudice.  Upon submission of the Amended Complaint, Plaintiff shall file a Motion to Proceed IFP.   Failure to file an Amended Complaint within twenty days may result in the dismissal of this case without further notice.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 11th day of June, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record